Shore Management Corporation, Appellee, v. Arthur Erickson and Anthony Erickson, Trading as C. A. Erickson Bros., Appellants.

Gen. No. 42,136.

Heard in second division, first district, this court at February term, 1942; opinion filed May 14, 1942. David I. Swanson and John E. Erickson, for appellants; George L. Pilkington, of counsel; Walter Hamilton, for appellee. Opinion by JUSTICE SULLIVAN. ''Not to be published in full.''